IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-02351-KLM

BETHANY A. PAGE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, #[23] filed on March 24, 2016, by the Honorable Kristen L. Mix, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the decision of the Commissioner that Plaintiff is not disabled is REVERSED and this matter is REMANDED for further proceedings consistent with the Court's opinion.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Bethany A. Page, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.  It is

FURTHER ORDERED Plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado this 24th day of March, 2016.

FOR THE COURT:

Jeffrey Colwell, Clerk of Court


By s/ L. Galera
   L. Galera
   Courtroom Deputy